UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES HUDSON AND, ) <br> ALEESHA HUDSON ) <br>                 Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AISHA BABILONIA ) <br> SLM., SALLIE MAE, INC. ) <br> SALLIE MAE BANK, AND ) <br> PFS/PROGRESSIVE FIN. SERV, INC. ) <br> ) <br>                 Defendants. ) | CIVIL CASE NO. <br> 3:14-cv-1646-MPS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule Civil Procedure 41(a)(i)(ii), the parties hereby stipulate to the dismissal of all claims and counts as against only Defendant SLM Corporation, Navient Solutions, Inc. f/k/a Sallie Mae, Inc. and Sallie Mae Bank with prejudice, without costs, and with all rights of appeal waived.

Respectfully submitted,

| PLAINTIFFS, | DEFENDANT, |
|---|---|
| CHARLES AND ALEESHA HUDSON | NAVIENT SOLUTIONS, INC., F/K/A SALLIE MAE, INC. |
| By: /s/ Nitor V. Egbarin (with express permission) <br> Nitor V. Egbarin, Esq. (CT05114) <br> Law Office of Nitor V. Egbarin, LLC <br> 100 Pearl Street, 14th Floor <br> Hartford, CT 06103-3007 | By /s/ Robert F. Seidler <br> Robert F. Seidler (admitted *pro hac vice*) <br> robert.seidler@ogletreedeakins.com <br> William C. Ruggiero (CT29248) <br> william.ruggiero@ogleetreedeakins.com <br> Ogletree, Deakins, Nash, <br> Smoak & Stewart, P.C. |
| Gregory C. Osakwe, Esq. (CT24890) <br> Law Offices of Gregory C. Osakwe <br> 57 Pratt Street, Suite 701 <br> Hartford, CT 06103-3007 | 281 Tresser Boulevard, Suite 602 <br> Stamford, CT  06901 <br> Phone: 203.969.3109 <br> Fax: 877.229.7662 |

## CERTIFICATION

I hereby certify that on December 2, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

/s/ Robert F. Seidler
Robert F. Seidler

27725511.1